UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHWEST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee,<br><br>              Plaintiffs,<br>v.<br><br>GILMER TRUCKING, LLC, an Indiana limited liability company,<br><br>              Defendant. | Case No. 1:20-cv-5513<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANT'S THIRD UNOPPOSED MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ITS RESPONSIVE PLEADING**

Defendant, Gilmer Trucking, LLC ("Defendant"), requests that this Court allow it an additional 30 days, to and including January 30, 2021, within which to file its responsive pleading. In support of its Motion, Defendant states as follows:

1. Plaintiff's Complaint was filed on September 17, 2020 and served on Defendant on October 9, 2020. Defendant's responsive pleading was therefore initially due to be filed on or before October 30, 2020.

2. Defendant filed an Unopposed Motion for Extension of Time Within Which to File Its Responsive Pleading on October 30, 2020 which this court granted on November 4, 2020. Defendant then filed a Second Unopposed Motion for Extension of Time which this court granted on November 20, 2020.

3. Plaintiff's counsel advised Defendant's counsel that Plaintiff does not oppose this Motion as both parties are involved in productive settlement discussions.

4. This Motion is not being brought for purposes of delay, and Plaintiff will not be prejudiced if this Motion is granted.

WHEREFORE, Defendant respectfully requests that it be allowed an additional 30 days, to and including January 30, 2021, within which to file its responsive pleading in this case.

Dated:  December 22, 2020          Respectfully submitted,

                                                       GILMER TRUCKING, LLC

                                                       By:   /s/Debrai G. Haile
                                                                 Debrai G. Haile

Debrai G. Haile (06243058)                One of Its Attorneys
William T. Daniels (6224750)
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
dhaile@lanermuchin.com
wdaniels@lanermuchin.com

## CERTIFICATE OF SERVICE

Debrai G. Haile, an attorney, hereby certifies that he caused **Defendant's Unopposed Motion For An Extension Of Time Within Which To File Its Responsive Pleading** to be served on counsel for the parties of record (listed below), via the Court's ECF filing system, through the U.S. District Court, Northern District of Illinois, on this 22nd day of December, 2020.

>Anthony E. Napoli
>8647 W. Higgins Road, 8th Floor
>Chicago, IL 60631
>(847) 939-2469
>tnapoli@centralstates.org
>**Attorney for Plaintiffs**

/s/Debrai G. Haile
Debrai G. Haile