# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Central States Southeast And Southwest Areas
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:20−cv−05513
Honorable Charles P. Kocoras

GILMER TRUCKING, LLC

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 23, 2022:

MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation of Dismissal filed on 5/16/2022 [31], this case is dismissed without prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.